UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN MCCHRISTON,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | 18-cv-00185 |

## DIVERSIFIED CONSULTANTS, INC.'S
## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

 PLEASE TAKE NOTICE THAT, on a date and time to be set by the Court, defendant, Diversified Consultants, Inc. (DCI), shall move for entry of an Order granting summary judgment to DCI, in the above-referenced action, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1. The Court should grant defendant's summary judgment motion because DCI obtained plaintiff's credit report for a permissible purpose under the Fair Credit Reporting Act. DCI obtained plaintiff's credit report "intend[ing] to use the information in connection with . . . review or collection of an account of . . . the consumer." 15 U.S.C. § 1681b(a)(3)(A).

 WHEREFORE, defendant, Diversified Consultants, Inc., at a time and date set by this Court, respectfully moves this Court to grant defendant's motion for summary judgment.

Dated: September 14, 2018                    Respectfully Submitted,

<div style="margin-left:3em">

*Kirsten H. Smith*
Kirsten H. Smith, Esq. (#ks3337)
SESSIONS, FISHMAN, NATHAN & ISRAEL
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Phone: (504) 846-7943
Fax: (504) 828-3737
Email: ksmith@sessions.legal
Counsel for Defendant,
Diversified Consultants, Inc.

</div>

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, a copy of the above and foregoing was served on plaintiff via electronic mail and U.S. mail at his address of record listed below.

Mr. Jonathan McChriston
127 Edgecombe Ave.
Apt. 4B
New York, NY 10030

                         */s/ Kirsten H. Smith*
                         Kirsten H. Smith

.