UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN MCCHRISTON,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendant. | 18-cv-00185 |

**DEFENDANT DIVERSIFIED CONSULTANTS, INC.'S, LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant, Diversified Consultants, Inc. ("DCI"), through counsel and under Federal Rule of Civil Procedure 56 and Local Rule 56.1, submits this Statement of Undisputed Material Facts in conjunction with its Motion for Summary Judgment, seeking judgment as a matter of law on the Complaint filed by plaintiff, Jonathan McChriston ("Plaintiff"), and states:

1. On December 10, 2014, Verizon Telecom placed an account in plaintiff's name with DCI for collection. Goodwin Aff. ¶ 7.

2. On December 10, 2014, DCI requested plaintiff's TransUnion credit report in connection with plaintiff's Verizon account. Goodwin Aff. ¶ 8.

3. On June 10, 2015, DCI closed and returned plaintiff's Verizon account. Goodwin Aff. ¶ 9.

4. On June 24, 2016, Time Warner Cable placed an account in plaintiff's name with

1

DCI for collection. Goodwin Aff. ¶ 10.

5. On June 24, 2016, DCI requested plaintiff's TransUnion credit report in connection with plaintiff's Time Warner account. Goodwin Aff. ¶ 11.

6. On July 20, 2016, DCI placed a cease and desist on the Time Warner account. Goodwin Aff. ¶ 12.

Dated: September 14, 2018          Respectfully Submitted,

                                        Kirsten H. Smith
                                        Kirsten H. Smith, Esq. (#ks3337)
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL
                                        3850 N. Causeway Blvd., Suite 200
                                        Metairie, LA 70002
                                        Phone: (504) 846-7943
                                        Fax: (504) 828-3737
                                        Email: ksmith@sessions.legal
                                        Counsel for Defendant,
                                        Diversified Consultants, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, a copy of the above and foregoing was served on plaintiff via electronic mail and U.S. mail at his address of record listed below.

Mr. Jonathan McChriston
127 Edgecombe Ave.
Apt. 4B
New York, NY 10030

                                          /s/ Kirsten H. Smith
                                          Kirsten H. Smith