UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JONATHAN MCCHRISTON,

Plaintiff,

v.

18-cv-00185

DIVERSIFIED CONSULTANTS, INC.,

Defendant.

## AFFIDAVIT OF DAVID GOODWIN

STATE OF Florida  )
COUNTY OF Duval  )

BEFORE ME, the undersigned authority, personally appeared Affiant, David Goodwin, who being first duly sworn, deposes and states:

1. I am employed by Diversified Consultants, Inc. ("DCI"), where I serve as Chief Operations Officer and Chief Compliance Officer.

2. I am personally familiar with DCI's record keeping practices. DCI's records are made and kept by a reliable system in the ordinary course of regularly-conducted business activity at or near the time of the activity that gives rise to such records by persons with knowledge of the information being recorded. It is based on a review of DCI's records that

1

I make this testimony. I have personally reviewed DCI's records regarding the accounts in the name of plaintiff, Jonathan McChriston (the "plaintiff").

3. I have searched DCI's records using the plaintiff's name and address.

4. I located two accounts in plaintiff's name: Account Number 28757972, which Verizon Telecom ("Verizon") placed with DCI, and Account Number 45487673, which Time Warner Cable placed with DCI.

5. DCI provides third-party debt collection services to Verizon and Time Warner Cable.

6. On December 10, 2014, Verizon placed an account in plaintiff's name with DCI for collection.

7. On December 10, 2014, DCI requested plaintiff's TransUnion credit report in connection with the collection of plaintiff's Verizon account.

8. On June 10, 2015, DCI closed and returned the account to Verizon.

9. On June 24, 2016, Time Warner Cable placed an account in plaintiff's name with DCI for collection.

10. On June 24, 2016, DCI requested plaintiff's TransUnion credit report in connection with the collection of plaintiff's Time Warner account.

11. On July 20, 2016, DCI placed a cease and desist on the account.

_____     David Goodwin_____
Signature of Affiant            Printed Name of Affiant


STATE OF Florida ,

COUNTY OF Duval


The Foregoing instrument was sworn to and subscribed before me this 11th day of September 2018, by David Goodwin, who is personally known to me or who produced _____ as identification.


[Notary Seal: BECKY BLACK, Notary Public - State of Florida, Commission # GG 214180, My Comm. Expires May 3, 2022, Bonded through National Notary Assn.]

Becky Black_____
NOTARY PUBLIC

Becky Black_____
Notary's Printed Name


My commission expires on the 3rd day of May 20 22.

3