UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN MCCHRISTON,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　　　　　Defendant. | 18-cv-00185 |

# DIVERSIFIED CONSULTANTS, INC.'S
# REPLY IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR
# SUMMARY JUDGMENT

Defendant, Diversified Consultants, Inc. (DCI), through counsel, submits this Reply in response to Plaintiff's Response in Further Support of Defendant's Motion for Summary Judgment, and states:

Plaintiff has failed to raise a genuine issue of material fact, and DCI is entitled to judgment as a matter of law.

As explained in DCI's Motion for Summary Judgment, the law is clear that a debt collector is permitted to pull a consumer's credit report in connection with the collection of an account under Section 1681b(a)(3)(A) of the Fair Credit Reporting Act (FCRA). *See, e.g.*, *Campbell v. Portfolio Recovery Assocs., LLC*, No. 16CV00072AMDMDG, 2017 WL 5067475, at *2 (E.D.N.Y. Sept. 8, 2017) ("Courts have unanimously held that 'obtaining a plaintiff's credit report for the purpose of collecting the debt owed' is a

1

permissible propose under Section 1681b, and therefore, 'constitutes a complete defense' to a FCRA claim") (citation omitted).

Plaintiff's apparent argument in his Response is that Section 1681b(a)(3)(A) of the FCRA only applies to credit reporting agencies (CRAs) and not a company like DCI. Plaintiff provides no case law in support of his argument, and this argument squarely conflicts with the statute and overwhelming case law holding the contrary.

Under the correct application of the law, the statute and overwhelming case law clearly shows that Section 1681b(a)(3)(A), and its permissible purpose language, applies to DCI. The FCRA's permissible purpose language in Section 1681b(a)(3)(A) expressly extends to "persons" under Section 1681b(f), which also includes "users" such as DCI. *See, e.g.*, *Trikas v. Universal Card Servs. Corp.*, 351 F. Supp. 2d 37, 42 (E.D.N.Y. 2005); *see also Bentley v. Greensky Trade Credit, LLC*, 156 F. Supp. 3d 274, 296–97 (D. Conn. 2015) (holding that "[i]n assessing the 'reason to know' aspect of this authorized purpose [under Section 1681b(a)(3)(A), the Court's focus is on the intent of the *party obtaining* the credit report) (emphasis added); <u>Korotki v. Thomas, Ronald & Cooper, P.A.</u>, 131 F.3d 135 (4th Cir. 1997) (rejecting plaintiff's claim Section 1681b(a)(3)(A) applies only to credit reporting agencies and concluding "the wording is equally applicable to a user").

Plaintiff also appears to claim in his Response that DCI failed to produce any evidence DCI was hired by Verizon or Time Warner to collect a debt it had reason to believe plaintiff owed. Contrary to plaintiff's argument, DCI submitted an affidavit asserting Verizon and Time Warner placed accounts in plaintiff's name for collection. *See* Goodwin Aff.

In sum, the undisputed evidence shows Verizon and Time Warner placed accounts in plaintiff's name with DCI for collection. DCI requested plaintiff's credit report without any notice of a dispute on either account. The undisputed evidence further shows DCI "intend[ed] to use the information in connection with . . . review or collection of an account of . . . the consumer," 15 U.S.C. § 1681b(a)(3)(A). Therefore, DCI had a permissible purpose under the FCRA to request plaintiff's credit report.

WHEREFORE, defendant, Diversified Consultants, Inc., respectfully requests this Court grant Defendant's Motion for Summary Judgment, and such other relief as this Court deems proper.

Dated: October 15, 2018					Respectfully Submitted,

*Kirsten H. Smith*
SESSIONS, FISHMAN, NATHAN & ISRAEL
*3850 N. Causeway Blvd., Suite 200*
Metairie, LA 70002
*Phone: (504) 846-7943*
*Fax: (504) 828-3737*
ksmith@sessions.legal
*Counsel for Defendant, Diversified Consultants, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018 a copy of the above and foregoing was served on plaintiff via electronic mail and U.S. mail at his address of record listed below.

Mr. Jonathan McChriston

3

127 Edgecombe Ave.
Apt. 4B
New York, NY 10030

                                         */s/ Kirsten H. Smith*
                                         Kirsten H. Smith